UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DORIS L. BARGE, a Washington resident,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTERRA HEALTHCARE CORPORATION, a Delaware corporation,<br><br>    Defendant. | NO. CV-07-3039-RHW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Ct. Rec. 17). The parties ask that the above-captioned matter be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **dismissed** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel and **close the file**.

**DATED** this 1st day of July, 2010.

        *s/Robert H. Whaley*
        ROBERT H. WHALEY
        United States District Court

Q:\CIVIL\2007\Barge v. Alterra\dismiss.wpd

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** ~ 1